

# THE THIRTEENTH COURT OF APPEALS

13-12-00199-CV

GRADY DOWELL
v.
GRACIE QUIROZ, AS ADMINISTRATRIX OF THE ESTATE OF MARIO GONZALEZ LIRA, NOE LIRA; MARIA ANGELES LIRA; MARLINY GUTIERREZ, ANNETTE GUTIERREZ, NANCY GUTIERREZ, AND DAVID GUTIERREZ

On appeal from the
County Court at Law No. 2 of Cameron County, Texas
Trial Cause No. 2006-CPC-92-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of March 8, 2012 and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. Costs of the appeal are adjudged against the party incurring them.

We further order this decision certified below for observance.

April 2, 2015.